UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEXERA INNOVATIONS, INC., et al,
                    Plaintiff(s)

               25 civ 5783 (JGK)

       -against-

YUANSFER, INC.,
                  Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, October 22, 2025, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      October 15, 2025